SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

BENJAMIN T. KENNEDY (CASBN 241350)
Assistant United States Attorney

  150 Almaden Boulevard
  San Jose, California 95113
  Telephone: (408) 535-5059
  Facsimile:  (408) 535-5066
  Email: benjamin.t.kennedy@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> PEDRO ENRIQUE GARCIA-TORRES, <br>     Defendant. | No. CR 07-00541 JW <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM AUGUST 16, 2007 TO SEPTEMBER 17, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

On August 16, 2007 the parties appeared for a hearing before this Court. At that hearing, defense counsel requested an exclusion of time under the Speedy Trial Act based upon defense counsel's need to effectively prepare by reviewing the defendant's A file and other discovery materials submitted by the government. At that time, the Court set the matter for a hearing on September 17, 2007.

The parties stipulate that the time between August 16, 2007 and September 17, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree

1 | that the ends of justice served by granting the requested continuance outweigh the best interest of
2 | the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18
3 | U.S.C. §3161(h)(8)(A).

5 | DATED: August 16, 2007     SCOTT N. SCHOOLS
                                United States Attorney

7 |                             ___/s/_____
                                BENJAMIN T. KENNEDY
8 |                             Assistant United States Attorney

10|                             ___/s/_____
                                MARK EIBERT
11|                             Attorney for Defendant

2

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between August 16, 2007 and September 17, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED:   August 20 2007

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE