1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  BENJAMIN T. KENNEDY (CASBN 241350)
   Assistant United States Attorney
5
      150 Almaden Boulevard
6     San Jose, California 95113
      Telephone: (408) 535-5059
7     Facsimile:  (408) 535-5066
      Email: benjamin.t.kennedy@usdoj.gov
8
   Attorneys for the United States of America
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION


   UNITED STATES OF AMERICA,        )   No.    CR 07-00541 JW
                                    )
        Plaintiff,                  )   STIPULATION AND [PROPOSED]
                                    )   ORDER EXCLUDING TIME FROM
        v.                          )   OCTOBER 1, 2007 TO OCTOBER 10,
                                    )   2007 FROM THE SPEEDY TRIAL ACT
   PEDRO ENRIQUE GARCIA-TORRES,     )   CALCULATION (18 U.S.C. §
                                    )   3161(h)(8)(A))
        Defendant.                  )
                                    )
   _____  )


   The parties stipulate that the time between October 1, 2007 and October 10, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

   //

                                        1

18 U.S.C. §3161(h)(8)(A).

DATED: October 4, 2007          SCOTT N. SCHOOLS
                                United States Attorney


                                ___/s/_____
                                BENJAMIN T. KENNEDY
                                Assistant United States Attorney


                                ___/s/_____
                                MARK EIBERT
                                Attorney for Defendant

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between October 1, 2007 and October 10, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.   The Court extends exclusion from October 1, 2007 to October 11, 2007.

DATED:   October 9, 2007                        _____
                                                JAMES WARE
                                                UNITED STATES DISTRICT JUDGE